UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

Case No. 8:05-CR-284-T-27EAJ
[USDC SDFL, Ft. Pierce Division,
Case Nos. 03-14083-CR-GRAHAM
& 04-CR-14045-CR-GRAHAM]

TOD CRISS

_____/

## ORDER REVOKING SUPERVISED RELEASE
## AND
## JUDGMENT AND COMMITMENT

THIS CAUSE is before the Court on this 6th day of September, 2006, on a Petition to Revoke Supervised Release. The Defendant, **TOD CRISS**, appeared with Counsel, Alec Hall, AFPD; Christopher Murray, AUSA, appeared for the United States of America. Probation Officer Cedric Donar was also present.

At the hearing, the defendant voluntarily admitted the allegations in the Petition for Revocation of Supervised Release. Based on the defendant's admission to the allegations in the Petition for Revocation of Supervised Release, the Court finds that defendant has violated the terms of the Orders of Supervised Release.

It is, therefore, **ORDERED AND ADJUDGED**:

1. The Orders of Supervised Release entered herein as to the above named defendant are hereby **REVOKED**.

2. The defendant, **TOD CRISS**, is hereby committed to the custody of the Bureau of Prisons for imprisonment for a period of **TWENTY-ONE (21) MONTHS,** as to USDC, Southern District of Florida, Ft. Pierce Division, Case Nos. 03-14083-CR-GRAHAM and 04-14045-CR-GRAHAM, CONCURRENT. The sentence imposed shall run CONSECUTIVE to the state court sentence imposed in Polk County, Florida, Circuit Court Case No. 53-2005-CF-006526-01.

3. The Court recommends that the defendant be confined at Coleman, and if eligible, participation in the Residential 500 Hour Drug Abuse Treatment Program.

4. The Court further recommends that prior to the defendant's release from custody, that he be designated to a Community Sanctions Center or Halfway House.

DONE AND ORDERED at Tampa, Florida this 7th day of September, 2006.

JAMES D. WHITTEMORE
UNITED STATES DISTRICT JUDGE

Copies:
- U.S. Attorney's Office
- Defense Counsel
- U.S. Marshal
- U.S. Probation